No. 83–1449. DISTRICT 1199C, NATIONAL UNION OF HOSPITAL & HEALTH CARE EMPLOYEES, DIVISION OF RWDSU, AFL–CIO

*v.* SAUNDERS HOUSE, AKA OLD MAN'S HOME OF PHILADELPHIA. C. A. 3d Cir. Certiorari denied. ▮